UNITED STATES DISTRICT COURT
WILLIAM M. MCCOOL
CLERK OF COURT    RE: 3:16-CV-05964-RBL-DWC

21 CHESHVAN 5777
22 NOVEMBER 2016

FILED ___ LODGED
___ RECEIVED
DEC 29 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

MR. MCCOOL – CLERK OF COURT,

① I am in receipt of your letter dated 11/18/2016. I am **not** filing IN FORMA PAUPERIS.

② I am being denied access to the inmate law library and TRULINCS. As such I am precluded from sending the filing fee direct from here to the court.

③ Please note attachments in support of my claim of TRULINCS denial.

Note: In 2013 I wrote letters to the staff attorney of the Jewish prisoner advocacy organization, REACHING OUT, and the Director Rabbi Shmuel Spritzer. The subject matter of these letters was staff introduction of cellphones and drugs to inmates harassing me. These contraband articles were provided to corrupt staff by David Ladely and John Yencheg. The court is familiar with Mr. Ladely from his stunts during the timeframe of my trial which caused delays in my sentencing while the FBI and USM investigated. Their harassment has not stopped!

④ Please note the 11/14/2016 email from family member Anita Langley to DANA SCARP re: the filing fee. I am sending Anita a copy of your letter to facilitate the payment of the $5.00 filing fee.

⑤ I have been subject to staff retaliation since Terminal Island FCI staff were arrested for the contraband.       Thank you,

Michael Riconosciuto

